UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISUZU NORTH AMERICA
CORPORATION,

        Plaintiff,                               No. 21-12358

v.                                     Honorable Nancy G. Edmunds

PROGRESSIVE METAL
MANUFACTURING COMPANY,

        Defendant.
_____/

**TEMPORARY RESTRAINING ORDER**

This is an automotive supply chain dispute. Plaintiff Isuzu North America Corporation and Defendant Progressive Metal Manufacturing Company are parties to annual purchase orders under which Defendant must manufacture certain custom-made brackets, clips, and spacers ("the component parts") in such quantities and at such times as needed to meet Plaintiff's requirements for the given year. On June 30, 2021, Defendant sent Plaintiff a "Notice of Force Majeure" letter stating it is unable to produce all of the component parts under the contract due to a labor shortage. Plaintiff filed its verified complaint alleging breach of contract against Defendant in this Court on October 6, 2021. (ECF No. 1.) The matter is now before the Court on Plaintiff's motion for temporary restraining order and preliminary injunction. (ECF No. 5.) Plaintiff states it has not been able to identify a new supplier for the component parts until at least December 22 and that any disruptions in the weekly shipments of the component parts threaten to shut down its assembly lines. Plaintiff seeks an order requiring Defendant to continue to

produce and ship the component parts in accordance with Plaintiff's build-out schedule pending a hearing on the merits of Plaintiff's claims.  Defendant opposes the motion. (ECF Nos. 15, 16.)  Plaintiff has filed a reply.  (ECF No. 17.)  The parties appeared before the Court on October 14, 2021 and October 18, 2021.  For the reasons stated on the record at the October 18 hearing, the Court GRANTS IN PART Plaintiff's motion for a temporary restraining order as follows:

IT IS HEREBY ORDERED that Defendant shall continue to produce and ship the component parts in accordance with the schedule referenced by Plaintiff's counsel at the hearing, which constitutes approximately 50% of Defendant's contractual obligations, (attached as Exhibit A)[1] through November 17, 2021;

IT IS FURTHER ORDERED that the parties shall work together to identify alternative materials and sources of supply if necessary to ensure that Defendant is able to comply with its obligations pursuant to the Court's order;

IT IS FURTHER ORDERED that no additional security is required for this temporary restraining order;

FINALLY, IT IS ORDERED that to the extent Plaintiff seeks a preliminary injunction, the following schedule applies:

- Discovery shall be exchanged by October 25, 2021;

- Any depositions shall be conducted by November 1, 2021;

---

[1] It appears there is a discrepancy between the schedule referenced during the hearing and the schedule provided to the Court by Plaintiff's counsel with regard to the amount of the part ending in 2030 (on page 7 of the chart) that will be needed following week 45.  Because Defendant has a sufficient number of this part during the time period subject to this order, the Court need not resolve this issue.

- Plaintiff's motion for a preliminary injunction shall be filed by November 8, 2021;

- Defendant's response shall be filed by November 11, 2021;

- Any reply shall be filed by November 15, 2021; and

- The parties shall appear for an evidentiary hearing before the Court on November 16, 2021 at 10:00 am.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: October 19, 2021


I hereby certify that a copy of the foregoing document was served upon counsel of record on October 19, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager

# EXHIBIT A

## 8982521990 — 293 — inbound — Charlotte Stock — 293
### GUIDE ASM; AIR — B Gr Only

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| W 43/2021 | 0 | 144 | 149 | 10/25/2021 |
| W 44/2021 | 0 | 0 | 149 | 11/1/2021 |
| W 45/2021 | 0 | 78 | 71 | 11/8/2021 |
| W 46/2021 | 0 | 84 | -13 | 11/15/2021 |
| W 47/2021 | 0 | 36 | -49 | 11/22/2021 |
| W 48/2021 | 0 | 90 | -139 | 11/29/2021 |
| W 49/2021 | 0 | 90 | -229 | 12/6/2021 |
| W 50/2021 | 0 | 48 | -277 | 12/13/2021 |
| W 51/2021 | 0 | 42 | -319 | 12/20/2021 |
| W 01/2022 | 0 | 30 | -349 | 1/3/2022 |
| W 02/2022 | 0 | 66 | -415 | 1/10/2022 |
| W 03/2022 | 0 | 48 | -463 | 1/17/2022 |
| W 04/2022 | 0 | 108 | -571 | 1/24/2022 |
| W 05/2022 | 0 | 390 | -961 | 1/31/2022 |
| W 06/2022 | 0 | 390 | -1351 | 2/7/2022 |
| W 07/2022 | 0 | 390 | -1741 | 2/14/2022 |
| W 08/2022 | 0 | 156 | -1897 | 2/21/2022 |
| | | | -1897 | #N/A |
| | | | -1897 | #N/A |
| | | | -1897 | #N/A |
| | | | -1897 | #N/A |
| | | | -1897 | #N/A |
| | | | -1897 | #N/A |

## 8982327180 — 223 — inbound — Charlotte Stock — 223
### BRACKET;HARNESS CONNECTOR — B Gr Only

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| W 43/2021 | 0 | 144 | 79 | 10/25/2021 |
| W 44/2021 | 0 | 0 | 79 | 11/1/2021 |
| W 45/2021 | 0 | 78 | 1 | 11/8/2021 |
| W 46/2021 | 0 | 84 | -83 | 11/15/2021 |
| W 47/2021 | 0 | 36 | -119 | 11/22/2021 |
| W 48/2021 | 0 | 90 | -209 | 11/29/2021 |
| W 49/2021 | 0 | 90 | -299 | 12/6/2021 |
| W 50/2021 | 0 | 48 | -347 | 12/13/2021 |
| W 51/2021 | 0 | 42 | -389 | 12/20/2021 |
| W 01/2022 | 0 | 30 | -419 | 1/3/2022 |
| W 02/2022 | 0 | 66 | -485 | 1/10/2022 |
| W 03/2022 | 0 | 48 | -533 | 1/17/2022 |
| W 04/2022 | 0 | 108 | -641 | 1/24/2022 |
| W 05/2022 | 0 | 408 | -1049 | 1/31/2022 |
| W 06/2022 | 0 | 390 | -1439 | 2/7/2022 |
| W 07/2022 | 0 | 390 | -1829 | 2/14/2022 |
| W 08/2022 | 0 | 156 | -1985 | 2/21/2022 |
| | | | -1985 | #N/A |
| | | | -1985 | #N/A |
| | | | -1985 | #N/A |
| | | | -1985 | #N/A |
| | | | -1985 | #N/A |
| | | | -1985 | #N/A |

41240553.1

# EXHIBIT A

## 8982397820 — 383 — inbound — Charlotte Stock 383

| Week | inbound | Running balance |
|---|---|---|
| W 43/2021 | 0 | 144 |
| W 45/2021 | 0 | 78 |
| W 46/2021 | 0 | 84 |
| W 47/2021 | 0 | 36 |
| W 48/2021 | 0 | 90 |
| W 49/2021 | 0 | 90 |
| W 50/2021 | 0 | 48 |
| W 51/2021 | 0 | 42 |
| W 01/2022 | 0 | 30 |
| W 02/2022 | 0 | 66 |
| W 03/2022 | 0 | 48 |
| W 04/2022 | 0 | 108 |
| W 05/2022 | 0 | 408 |
| W 06/2022 | 0 | 390 |
| W 07/2022 | 0 | 390 |
| W 08/2022 | 0 | 156 |

## BRACKET;HARNESS CONNECTOR — B Gr Only

| Running balance | Date |
|---|---|
| 239 | 10/25/2021 |
| 161 | 11/8/2021 |
| 77 | 11/15/2021 |
| 41 | 11/22/2021 |
| -49 | 11/29/2021 |
| -139 | 12/6/2021 |
| -187 | 12/13/2021 |
| -229 | 12/20/2021 |
| -259 | 1/3/2022 |
| -325 | 1/10/2022 |
| -373 | 1/17/2022 |
| -481 | 1/24/2022 |
| -889 | 1/31/2022 |
| -1279 | 2/7/2022 |
| -1669 | 2/14/2022 |
| -1825 | 2/21/2022 |
| -1825 | #N/A |
| -1825 | #N/A |
| -1825 | #N/A |
| -1825 | #N/A |
| -1825 | #N/A |
| -1825 | #N/A |

## 8974968240 — 372 — inbound — Charlotte Stock 372

### GUIDE ASM; AIR — A Gr Only - Can install later

| Week | inbound | (value) | Running balance | Date |
|---|---|---|---|---|
| W 27/2021 | 0 | 1 | 371 | 7/5/2021 |
| W 35/2021 | 0 | 6 | 365 | 8/30/2021 |
| W 38/2021 | 0 | 1 | 364 | 9/20/2021 |
| W 39/2021 | 0 | 13 | 351 | 9/27/2021 |
| W 40/2021 | 0 | 344 | 7 | 10/4/2021 |
| W 41/2021 | 0 | 122 | -115 | 10/11/2021 |
| W 42/2021 | 0 | 325 | -440 | 10/18/2021 |
| W 43/2021 | 0 | 181 | -621 | 10/25/2021 |
| W 44/2021 | 0 | 167 | -788 | 11/1/2021 |
| W 45/2021 | 0 | 348 | -1136 | 11/8/2021 |
| W 46/2021 | 0 | 342 | -1478 | 11/15/2021 |
| W 47/2021 | 0 | 246 | -1724 | 11/22/2021 |
| W 48/2021 | 0 | 330 | -2054 | 11/29/2021 |
| W 49/2021 | 0 | 336 | -2390 | 12/6/2021 |
| W 50/2021 | 0 | 378 | -2768 | 12/13/2021 |
| W 51/2021 | 0 | 246 | -3014 | 12/20/2021 |
| W 01/2022 | 0 | 360 | -3374 | 1/3/2022 |
| W 02/2022 | 0 | 324 | -3698 | 1/10/2022 |
| W 03/2022 | 0 | 342 | -4040 | 1/17/2022 |
| W 04/2022 | 0 | 282 | -4322 | 1/24/2022 |
| | | | -4322 | #N/A |
| | | | -4322 | #N/A |
| | | | -4322 | #N/A |

2

41240553.1

# EXHIBIT A

## 8974976350 — 1111 (inbound, Charlotte Stock 1111)
### BRACKET; FAN GUIDE — A Gr Only

| Week | inbound | 1111 | Running balance | Date |
|---|---|---|---|---|
| W 27/2021 | 0 | 1 | 1110 | 7/5/2021 |
| W 35/2021 | 0 | 6 | 1104 | 8/30/2021 |
| W 38/2021 | 0 | 1 | 1103 | 9/20/2021 |
| W 39/2021 | 0 | 1 | 1102 | 9/27/2021 |
| W 40/2021 | 0 | 312 | 790 | 10/4/2021 |
| W 41/2021 | 0 | 122 | 668 | 10/11/2021 |
| W 42/2021 | 0 | 325 | 343 | 10/18/2021 |
| W 43/2021 | 0 | 181 | 162 | 10/25/2021 |
| W 44/2021 | 0 | 167 | -5 | 11/1/2021 |
| W 45/2021 | 0 | 348 | -353 | 11/8/2021 |
| W 46/2021 | 0 | 342 | -695 | 11/15/2021 |
| W 47/2021 | 0 | 246 | -941 | 11/22/2021 |
| W 48/2021 | 0 | 330 | -1271 | 11/29/2021 |
| W 49/2021 | 0 | 336 | -1607 | 12/6/2021 |
| W 50/2021 | 0 | 378 | -1985 | 12/13/2021 |
| W 51/2021 | 0 | 246 | -2231 | 12/20/2021 |
| W 01/2022 | 0 | 360 | -2591 | 1/3/2022 |
| W 02/2022 | 0 | 324 | -2915 | 1/10/2022 |
| W 03/2022 | 0 | 342 | -3257 | 1/17/2022 |
| W 04/2022 | 0 | 282 | -3539 | 1/24/2022 |
| | | | -3539 | #N/A |
| | | | -3539 | #N/A |
| | | | -3539 | #N/A |

## 8974975010 — 355 (inbound, Charlotte Stock 355)
### CLIP; AIR DUCT — A Gr Only (cannot build Crew cabs w/o)

| Week | inbound | 355 | Running balance | Date |
|---|---|---|---|---|
| W 27/2021 | 0 | 1 | 354 | 7/5/2021 |
| W 35/2021 | 0 | 6 | 348 | 8/30/2021 |
| W 38/2021 | 0 | 1 | 347 | 9/20/2021 |
| W 39/2021 | 0 | 1 | 346 | 9/27/2021 |
| W 40/2021 | 0 | 324 | 22 | 10/4/2021 |
| W 41/2021 | 0 | 122 | -100 | 10/11/2021 |
| W 42/2021 | 0 | 325 | -425 | 10/18/2021 |
| W 43/2021 | 0 | 181 | -606 | 10/25/2021 |
| W 44/2021 | 0 | 167 | -773 | 11/1/2021 |
| W 45/2021 | 0 | 348 | -1121 | 11/8/2021 |
| W 46/2021 | 0 | 342 | -1463 | 11/15/2021 |
| W 47/2021 | 0 | 246 | -1709 | 11/22/2021 |
| W 48/2021 | 0 | 330 | -2039 | 11/29/2021 |
| W 49/2021 | 0 | 336 | -2375 | 12/6/2021 |
| W 50/2021 | 0 | 378 | -2753 | 12/13/2021 |
| W 51/2021 | 0 | 246 | -2999 | 12/20/2021 |
| W 01/2022 | 0 | 360 | -3359 | 1/3/2022 |
| W 02/2022 | 0 | 324 | -3683 | 1/10/2022 |
| W 03/2022 | 0 | 342 | -4025 | 1/17/2022 |
| W 04/2022 | 0 | 282 | -4307 | 1/24/2022 |
| | | | -4307 | #N/A |
| | | | -4307 | #N/A |
| | | | -4307 | #N/A |

3

41240553.1

# EXHIBIT A

**8975021181** — inbound — Charlotte Stock — **834**
BRACKET; CLIP — A Gr Only

| Week | Date | | 834 | Running balance |
|---|---|---|---|---|
| W 27/2021 | 7/5/2021 | 0 | 1 | 833 |
| W 35/2021 | 8/30/2021 | 0 | 6 | 827 |
| W 38/2021 | 9/20/2021 | 0 | 1 | 826 |
| W 39/2021 | 9/27/2021 | 0 | 1 | 825 |
| W 40/2021 | 10/4/2021 | 0 | 312 | 513 |
| W 41/2021 | 10/11/2021 | 0 | 122 | 391 |
| W 42/2021 | 10/18/2021 | 0 | 325 | 66 |
| W 43/2021 | 10/25/2021 | 0 | 181 | -115 |
| W 44/2021 | 11/1/2021 | 0 | 167 | -282 |
| W 45/2021 | 11/8/2021 | 0 | 348 | -630 |
| W 46/2021 | 11/15/2021 | 0 | 342 | -972 |
| W 47/2021 | 11/22/2021 | 0 | 246 | -1218 |
| W 48/2021 | 11/29/2021 | 0 | 330 | -1548 |
| W 49/2021 | 12/6/2021 | 0 | 336 | -1884 |
| W 50/2021 | 12/13/2021 | 0 | 378 | -2262 |
| W 51/2021 | 12/20/2021 | 0 | 246 | -2508 |
| W 01/2022 | 1/3/2022 | 0 | 360 | -2868 |
| W 02/2022 | 1/10/2022 | 0 | 324 | -3192 |
| W 03/2022 | 1/17/2022 | 0 | 342 | -3534 |
| W 04/2022 | 1/24/2022 | 0 | 282 | -3816 |
| | #N/A | | | -3816 |
| | #N/A | | | -3816 |
| | #N/A | | | -3816 |

**8975012060** — inbound — Charlotte Stock — **858**
BRACKET; CONT UNIT — A Gr Only

| Week | Date | | 858 | Running balance |
|---|---|---|---|---|
| W 27/2021 | 7/5/2021 | 0 | 1 | 857 |
| W 35/2021 | 8/30/2021 | 0 | 6 | 851 |
| W 38/2021 | 9/20/2021 | 0 | 1 | 850 |
| W 39/2021 | 9/27/2021 | 0 | 1 | 849 |
| W 40/2021 | 10/4/2021 | 0 | 312 | 537 |
| W 41/2021 | 10/11/2021 | 0 | 122 | 415 |
| W 42/2021 | 10/18/2021 | 0 | 325 | 90 |
| W 43/2021 | 10/25/2021 | 0 | 181 | -91 |
| W 44/2021 | 11/1/2021 | 0 | 167 | -258 |
| W 45/2021 | 11/8/2021 | 0 | 348 | -606 |
| W 46/2021 | 11/15/2021 | 0 | 342 | -948 |
| W 47/2021 | 11/22/2021 | 0 | 246 | -1194 |
| W 48/2021 | 11/29/2021 | 0 | 330 | -1524 |
| W 49/2021 | 12/6/2021 | 0 | 336 | -1860 |
| W 50/2021 | 12/13/2021 | 0 | 378 | -2238 |
| W 51/2021 | 12/20/2021 | 0 | 246 | -2484 |
| W 01/2022 | 1/3/2022 | 0 | 360 | -2844 |
| W 02/2022 | 1/10/2022 | 0 | 324 | -3168 |
| W 03/2022 | 1/17/2022 | 0 | 342 | -3510 |
| W 04/2022 | 1/24/2022 | 0 | 282 | -3792 |
| | #N/A | | | -3792 |
| | #N/A | | | -3792 |
| | #N/A | | | -3792 |

41240553.1

# EXHIBIT A

## 8975158361 — 540 (Charlotte Stock 540, inbound)

| Week | Running balance | | |
|---|---|---|---|
| W 27/2021 | 0 | 1 | |
| W 35/2021 | 0 | 6 | |
| W 38/2021 | 0 | 1 | |
| W 39/2021 | 0 | 1 | |
| W 40/2021 | 0 | 312 | |
| W 41/2021 | 0 | 122 | |
| W 42/2021 | 0 | 325 | |
| W 43/2021 | 0 | 325 | |
| W 44/2021 | 0 | 167 | |
| W 45/2021 | 0 | 426 | |
| W 46/2021 | 0 | 426 | |
| W 47/2021 | 0 | 282 | |
| W 48/2021 | 0 | 420 | |
| W 49/2021 | 0 | 426 | |
| W 50/2021 | 0 | 426 | |
| W 51/2021 | 0 | 288 | |
| W 01/2022 | 0 | 390 | |
| W 02/2022 | 0 | 390 | |
| W 03/2022 | 0 | 390 | |
| W 04/2022 | 0 | 390 | |
| W 05/2022 | 0 | 390 | |
| W 06/2022 | 0 | 390 | |
| W 07/2022 | 0 | 390 | |

## BRACKET; CLIP — All N-Gas No Stock=No Build — 8975025851 — 1053 (Charlotte Stock 1053, inbound)

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| W 27/2021 | 0 | 1 | 539 | 7/5/2021 |
| W 35/2021 | 0 | 6 | 533 | 8/30/2021 |
| W 38/2021 | 0 | 1 | 532 | 9/20/2021 |
| W 39/2021 | 0 | 1 | 531 | 9/27/2021 |
| W 40/2021 | 0 | 211 | 219 | 10/4/2021 |
| W 41/2021 | 0 | 122 | 97 | 10/11/2021 |
| W 42/2021 | 0 | 325 | -228 | 10/18/2021 |
| W 43/2021 | 0 | 181 | -553 | 10/25/2021 |
| W 44/2021 | 0 | 167 | -720 | 11/1/2021 |
| W 45/2021 | 0 | 348 | -1146 | 11/8/2021 |
| W 46/2021 | 0 | 342 | -1572 | 11/15/2021 |
| W 47/2021 | 0 | 246 | -1854 | 11/22/2021 |
| W 48/2021 | 0 | 330 | -2274 | 11/29/2021 |
| W 49/2021 | 0 | 336 | -2700 | 12/6/2021 |
| W 50/2021 | 0 | 378 | -3126 | 12/13/2021 |
| W 51/2021 | 0 | 246 | -3414 | 12/20/2021 |
| W 01/2022 | 0 | 360 | -3804 | 1/3/2022 |
| W 02/2022 | 0 | 324 | -4194 | 1/10/2022 |
| W 03/2022 | 0 | 342 | -4584 | 1/17/2022 |
| W 04/2022 | 0 | 282 | -4974 | 1/24/2022 |
| | | | -5364 | 1/31/2022 |
| | | | -5754 | 2/7/2022 |
| | | | -6144 | 2/14/2022 |

## BRACKET; HARNESS CONNECTOR — A Gr Only

| Running balance | Date |
|---|---|
| 1052 | 7/5/2021 |
| 1046 | 8/30/2021 |
| 1045 | 9/20/2021 |
| 1044 | 9/27/2021 |
| 833 | 10/4/2021 |
| 711 | 10/11/2021 |
| 386 | 10/18/2021 |
| 205 | 10/25/2021 |
| 38 | 11/1/2021 |
| -310 | 11/8/2021 |
| -652 | 11/15/2021 |
| -898 | 11/22/2021 |
| -1228 | 11/29/2021 |
| -1564 | 12/6/2021 |
| -1942 | 12/13/2021 |
| -2188 | 12/20/2021 |
| -2548 | 1/3/2022 |
| -2872 | 1/10/2022 |
| -3214 | 1/17/2022 |
| -3496 | 1/24/2022 |
| -3496 | #N/A |
| -3496 | #N/A |
| -3496 | #N/A |

5

41240553.1

# EXHIBIT A

**8974968231 — 523**
inbound — Charlotte Stock — 523
SEAL; RAD,UPR
A Gr Only (cannot build Crew cabs w/o)

| Week | inbound | Charlotte Stock | Running balance | Date |
|---|---|---|---|---|
| W 27/2021 | 0 | 1 | 522 | 7/5/2021 |
| W 35/2021 | 0 | 6 | 516 | 8/30/2021 |
| W 38/2021 | 0 | 1 | 515 | 9/20/2021 |
| W 39/2021 | 0 | 1 | 514 | 9/27/2021 |
| W 40/2021 | 0 | 211 | 303 | 10/4/2021 |
| W 41/2021 | 0 | 122 | 181 | 10/11/2021 |
| W 42/2021 | 0 | 325 | -144 | 10/18/2021 |
| W 43/2021 | 0 | 181 | -325 | 10/25/2021 |
| W 44/2021 | 0 | 167 | -492 | 11/1/2021 |
| W 45/2021 | 0 | 348 | -840 | 11/8/2021 |
| W 46/2021 | 0 | 342 | -1182 | 11/15/2021 |
| W 47/2021 | 0 | 246 | -1428 | 11/22/2021 |
| W 48/2021 | 0 | 330 | -1758 | 11/29/2021 |
| W 49/2021 | 0 | 336 | -2094 | 12/6/2021 |
| W 50/2021 | 0 | 378 | -2472 | 12/13/2021 |
| W 51/2021 | 0 | 246 | -2718 | 12/20/2021 |
| W 01/2022 | 0 | 360 | -3078 | 1/3/2022 |
| W 02/2022 | 0 | 324 | -3402 | 1/10/2022 |
| W 03/2022 | 0 | 342 | -3744 | 1/17/2022 |
| W 04/2022 | 0 | 282 | -4026 | 1/24/2022 |
|  |  |  | -4026 | #N/A |
|  |  |  | -4026 | #N/A |
|  |  |  | -4026 | #N/A |

**8975027593 — 994**
inbound — Charlotte Stock — 994
BRACKET; CONT UNIT
A Gr Only No Stock = No build

| Week | inbound | Charlotte Stock | Running balance | Date |
|---|---|---|---|---|
| W 27/2021 | 0 | 1 | 993 | 7/5/2021 |
| W 35/2021 | 0 | 6 | 987 | 8/30/2021 |
| W 38/2021 | 0 | 1 | 986 | 9/20/2021 |
| W 39/2021 | 0 | 1 | 985 | 9/27/2021 |
| W 40/2021 | 0 | 211 | 774 | 10/4/2021 |
| W 41/2021 | 0 | 122 | 652 | 10/11/2021 |
| W 42/2021 | 0 | 325 | 327 | 10/18/2021 |
| W 43/2021 | 0 | 181 | 146 | 10/25/2021 |
| W 44/2021 | 0 | 167 | -21 | 11/1/2021 |
| W 45/2021 | 0 | 348 | -369 | 11/8/2021 |
| W 46/2021 | 0 | 342 | -711 | 11/15/2021 |
| W 47/2021 | 0 | 246 | -957 | 11/22/2021 |
| W 48/2021 | 0 | 330 | -1287 | 11/29/2021 |
| W 49/2021 | 0 | 336 | -1623 | 12/6/2021 |
| W 50/2021 | 0 | 378 | -2001 | 12/13/2021 |
| W 51/2021 | 0 | 246 | -2247 | 12/20/2021 |
| W 01/2022 | 0 | 360 | -2607 | 1/3/2022 |
| W 02/2022 | 0 | 324 | -2931 | 1/10/2022 |
| W 03/2022 | 0 | 342 | -3273 | 1/17/2022 |
| W 04/2022 | 0 | 282 | -3555 | 1/24/2022 |
|  |  |  | -3555 | #N/A |
|  |  |  | -3555 | #N/A |
|  |  |  | -3555 | #N/A |

6

41240553.1

# EXHIBIT A

**8983201890 | 304**
**inbound**
**Charlotte Stock | 304**

BRACKET; HARNESS

| Week | inbound | Charlotte Stock | Running balance | Date |
|---|---|---|---|---|
| W 39/2021 | 0 | 0 | 304 | 9/27/2021 |
| W 40/2021 | 0 | 1 | 303 | 10/4/2021 |
| W 41/2021 | 0 | 6 | 297 | 10/11/2021 |
| W 42/2021 | 0 | 33 | 264 | 10/18/2021 |
| W 43/2021 | 0 | 44 | 220 | 10/25/2021 |
| W 44/2021 | 0 | 60 | 160 | 11/1/2021 |
| W 45/2021 | 0 | 73 | 87 | 11/8/2021 |
| W 46/2021 | 0 | 56 | 31 | 11/15/2021 |
| W 47/2021 | 0 | 52 | -21 | 11/22/2021 |
| W 48/2021 | 0 | 100 | -121 | 11/29/2021 |
| W 49/2021 | 0 | 100 | -221 | 12/6/2021 |
| W 50/2021 | 0 | 100 | -321 | 12/13/2021 |
| W 51/2021 | 0 | 80 | -401 | 12/20/2021 |
| W 01/2022 | 0 | 100 | -501 | 1/3/2022 |
| W 02/2022 | 0 | 100 | -601 | 1/10/2022 |
| W 03/2022 | 0 | 100 | -701 | 1/17/2022 |
| W 04/2022 | 0 | 100 | -801 | 1/24/2022 |
| W 05/2022 | 0 | 100 | -901 | 1/31/2022 |
| W 06/2022 | 0 | 100 | -1001 | 2/7/2022 |
| W 07/2022 | 0 | 100 | -1101 | 2/14/2022 |
| W 08/2022 | 0 | 40 | -1141 | 2/21/2022 |
| W 09/2022 | 0 | 100 | -1241 | 2/28/2022 |
| #N/A | | | -1241 | |

**8983202030 | 531**
**inbound**
**Charlotte Stock | 531**

BRACKET; HARNESS

| Week | inbound | Charlotte Stock | Running balance | Date |
|---|---|---|---|---|
| W 39/2021 | 0 | 0 | 531 | 9/27/2021 |
| W 40/2021 | 0 | 42 | 489 | 10/18/2021 |
| W 41/2021 | 0 | 88 | 401 | 10/25/2021 |
| W 42/2021 | 0 | 120 | 281 | 11/1/2021 |
| W 43/2021 | 0 | 146 | 135 | 11/8/2021 |
| W 44/2021 | 0 | 112 | 23 | 11/15/2021 |
| W 45/2021 | 0 | 104 | -81 | 11/22/2021 |
| W 46/2021 | 0 | 200 | -281 | 11/29/2021 |
| W 47/2021 | 0 | 200 | -481 | 12/6/2021 |
| W 48/2021 | 0 | 200 | -681 | 12/13/2021 |
| W 49/2021 | 0 | 160 | -841 | 12/20/2021 |
| W 50/2021 | 0 | 200 | -1041 | 1/3/2022 |
| W 51/2021 | 0 | 200 | -1241 | 1/10/2022 |
| W 01/2022 | 0 | 200 | -1441 | 1/17/2022 |
| W 02/2022 | 0 | 200 | -1641 | 1/24/2022 |
| W 03/2022 | 0 | 344 | -1985 | 1/31/2022 |
| W 04/2022 | 0 | 232 | -2217 | 2/7/2022 |
| W 05/2022 | 0 | 200 | -2417 | 2/14/2022 |
| W 06/2022 | 0 | 80 | -2497 | 2/21/2022 |
| W 07/2022 | 0 | 200 | -2697 | 2/28/2022 |
| W 08/2022 | | | -2697 | #N/A |
| W 09/2022 | | | -2697 | #N/A |

7

41240553.1

# EXHIBIT A

## 8983219280 — 531 — SPACER;FRT SPRING BRACKET
inbound / Charlotte Stock 531 — No stock=No build

| Week | inbound | Charlotte Stock | Running balance | Date |
|---|---|---|---|---|
| W 38/2021 | 0 | 0 | 531 | 9/20/2021 |
| W 39/2021 | 0 | 0 | 531 | 9/27/2021 |
| W 40/2021 | 0 | 2 | 529 | 10/4/2021 |
| W 41/2021 | 0 | 12 | 517 | 10/11/2021 |
| W 42/2021 | 0 | 66 | 451 | 10/18/2021 |
| W 43/2021 | 0 | 88 | 363 | 10/25/2021 |
| W 44/2021 | 0 | 120 | 243 | 11/1/2021 |
| W 45/2021 | 0 | 146 | 97 | 11/8/2021 |
| W 46/2021 | 0 | 112 | -15 | 11/15/2021 |
| W 47/2021 | 0 | 104 | -119 | 11/22/2021 |
| W 48/2021 | 0 | 200 | -319 | 11/29/2021 |
| W 49/2021 | 0 | 200 | -519 | 12/6/2021 |
| W 50/2021 | 0 | 200 | -719 | 12/13/2021 |
| W 51/2021 | 0 | 160 | -879 | 12/20/2021 |
| W 01/2022 | 0 | 200 | -1079 | 1/3/2022 |
| W 02/2022 | 0 | 200 | -1279 | 1/10/2022 |
| W 03/2022 | 0 | 200 | -1479 | 1/17/2022 |
| W 04/2022 | 0 | 200 | -1679 | 1/24/2022 |
| W 05/2022 | 0 | 200 | -1879 | 1/31/2022 |
| W 06/2022 | 0 | 200 | -2079 | 2/7/2022 |
| W 07/2022 | 0 | 200 | -2279 | 2/14/2022 |
| W 08/2022 | 0 | 80 | -2359 | 2/21/2022 |
| W 09/2022 | 0 | 200 | -2559 | 2/28/2022 |

## 8983229400 — 290 — BRACKET; LICENSE PLATE
inbound / Charlotte Stock 290

| Week | inbound | Charlotte Stock | Running balance | Date |
|---|---|---|---|---|
| W 39/2021 | 0 | 0 | 290 | 9/27/2021 |
| W 40/2021 | 0 | 1 | 289 | 10/4/2021 |
| W 41/2021 | 0 | 6 | 283 | 10/11/2021 |
| W 42/2021 | 0 | 33 | 250 | 10/18/2021 |
| W 43/2021 | 0 | 44 | 206 | 10/25/2021 |
| W 44/2021 | 0 | 60 | 146 | 11/1/2021 |
| W 45/2021 | 0 | 73 | 73 | 11/8/2021 |
| W 46/2021 | 0 | 56 | 17 | 11/15/2021 |
| W 47/2021 | 0 | 52 | -35 | 11/22/2021 |
| W 48/2021 | 0 | 100 | -135 | 11/29/2021 |
| W 49/2021 | 0 | 100 | -235 | 12/6/2021 |
| W 50/2021 | 0 | 100 | -335 | 12/13/2021 |
| W 51/2021 | 0 | 80 | -415 | 12/20/2021 |
| W 01/2022 | 0 | 100 | -515 | 1/3/2022 |
| W 02/2022 | 0 | 100 | -615 | 1/10/2022 |
| W 03/2022 | 0 | 100 | -715 | 1/17/2022 |
| W 04/2022 | 0 | 100 | -815 | 1/24/2022 |
| W 05/2022 | 0 | 100 | -915 | 1/31/2022 |
| W 06/2022 | 0 | 100 | -1015 | 2/7/2022 |
| W 07/2022 | 0 | 100 | -1115 | 2/14/2022 |
| W 08/2022 | 0 | 40 | -1155 | 2/21/2022 |
| W 09/2022 | 0 | 100 | -1255 | 2/28/2022 |
|  |  |  | -1255 | #N/A |

41240553.1

# EXHIBIT A

## BRACKET; BATTERY — 8983467500

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| | | | 257 | |
| | inbound | | | |
| | Charlotte Stock | | 257 | |
| W 39/2021 | 0 | 0 | 257 | 9/27/2021 |
| W 40/2021 | 0 | 1 | 256 | 10/4/2021 |
| W 41/2021 | 0 | 6 | 250 | 10/11/2021 |
| W 42/2021 | 0 | 33 | 217 | 10/18/2021 |
| W 43/2021 | 0 | 44 | 173 | 10/25/2021 |
| W 44/2021 | 0 | 60 | 113 | 11/1/2021 |
| W 45/2021 | 0 | 73 | 40 | 11/8/2021 |
| W 46/2021 | 0 | 56 | -16 | 11/15/2021 |
| W 47/2021 | 0 | 52 | -68 | 11/22/2021 |
| W 48/2021 | 0 | 100 | -168 | 11/29/2021 |
| W 49/2021 | 0 | 100 | -268 | 12/6/2021 |
| W 50/2021 | 0 | 100 | -368 | 12/13/2021 |
| W 51/2021 | 0 | 80 | -448 | 12/20/2021 |
| W 01/2022 | 0 | 100 | -548 | 1/3/2022 |
| W 02/2022 | 0 | 100 | -648 | 1/10/2022 |
| W 03/2022 | 0 | 100 | -748 | 1/17/2022 |
| W 04/2022 | 0 | 100 | -848 | 1/24/2022 |
| W 05/2022 | 0 | 100 | -948 | 1/31/2022 |
| W 06/2022 | 0 | 100 | -1048 | 2/7/2022 |
| W 07/2022 | 0 | 100 | -1148 | 2/14/2022 |
| W 08/2022 | 0 | 40 | -1188 | 2/21/2022 |
| W 09/2022 | 0 | 100 | -1288 | 2/28/2022 |
| | | | -1288 | #N/A |

## BRACKET; T/M HARNESS — 8983529050

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| | | | 393 | |
| | inbound | | | |
| | Charlotte Stock | | 393 | |
| W 39/2021 | 0 | 0 | 393 | 9/27/2021 |
| W 40/2021 | 0 | 1 | 392 | 10/4/2021 |
| W 41/2021 | 0 | 6 | 386 | 10/11/2021 |
| W 42/2021 | 0 | 33 | 353 | 10/18/2021 |
| W 43/2021 | 0 | 44 | 309 | 10/25/2021 |
| W 44/2021 | 0 | 60 | 249 | 11/1/2021 |
| W 45/2021 | 0 | 73 | 176 | 11/8/2021 |
| W 46/2021 | 0 | 56 | 120 | 11/15/2021 |
| W 47/2021 | 0 | 52 | 68 | 11/22/2021 |
| W 48/2021 | 0 | 100 | -32 | 11/29/2021 |
| W 49/2021 | 0 | 100 | -132 | 12/6/2021 |
| W 50/2021 | 0 | 100 | -232 | 12/13/2021 |
| W 51/2021 | 0 | 80 | -312 | 12/20/2021 |
| W 01/2022 | 0 | 100 | -412 | 1/3/2022 |
| W 02/2022 | 0 | 100 | -512 | 1/10/2022 |
| W 03/2022 | 0 | 100 | -612 | 1/17/2022 |
| W 04/2022 | 0 | 100 | -712 | 1/24/2022 |
| W 05/2022 | 0 | 100 | -812 | 1/31/2022 |
| W 06/2022 | 0 | 100 | -912 | 2/7/2022 |
| W 07/2022 | 0 | 100 | -1012 | 2/14/2022 |
| W 08/2022 | 0 | 40 | -1052 | 2/21/2022 |
| W 09/2022 | 0 | 100 | -1152 | 2/28/2022 |
| | | | -1152 | #N/A |

9

# EXHIBIT A

## BRACKET — 8983532020 (202)

| Week | inbound | Charlotte Stock | Running balance | Date |
|---|---|---|---|---|
| W 38/2021 | 0 | 0 | 202 | 9/20/2021 |
| W 39/2021 | 0 | 0 | 202 | 9/27/2021 |
| W 40/2021 | 0 | 1 | 201 | 10/4/2021 |
| W 41/2021 | 0 | 6 | 195 | 10/11/2021 |
| W 42/2021 | 0 | 33 | 162 | 10/18/2021 |
| W 43/2021 | 0 | 44 | 118 | 10/25/2021 |
| W 44/2021 | 0 | 60 | 58 | 11/1/2021 |
| W 45/2021 | 0 | 73 | -15 | 11/8/2021 |
| W 46/2021 | 0 | 56 | -71 | 11/15/2021 |
| W 47/2021 | 0 | 52 | -123 | 11/22/2021 |
| W 48/2021 | 0 | 100 | -223 | 11/29/2021 |
| W 49/2021 | 0 | 100 | -323 | 12/6/2021 |
| W 50/2021 | 0 | 100 | -423 | 12/13/2021 |
| W 51/2021 | 0 | 80 | -503 | 12/20/2021 |
| W 01/2022 | 0 | 100 | -603 | 1/3/2022 |
| W 02/2022 | 0 | 100 | -703 | 1/10/2022 |
| W 03/2022 | 0 | 100 | -803 | 1/17/2022 |
| W 04/2022 | 0 | 100 | -903 | 1/24/2022 |
| W 05/2022 | 0 | 100 | -1003 | 1/31/2022 |
| W 06/2022 | 0 | 100 | -1103 | 2/7/2022 |
| W 07/2022 | 0 | 100 | -1203 | 2/14/2022 |
| W 08/2022 | 0 | 40 | -1243 | 2/21/2022 |
| W 09/2022 | 0 | 100 | -1343 | 2/28/2022 |

## BODY MOUNT BRACKET — 8983638250 (465)

| Week | inbound | Charlotte Stock | Running balance | Date |
|---|---|---|---|---|
| W 38/2021 | 0 | 0 | 465 | 9/20/2021 |
| W 39/2021 | 0 | 0 | 465 | 9/27/2021 |
| W 40/2021 | 0 | 2 | 463 | 10/4/2021 |
| W 41/2021 | 0 | 12 | 451 | 10/11/2021 |
| W 42/2021 | 0 | 66 | 385 | 10/18/2021 |
| W 43/2021 | 0 | 88 | 297 | 10/25/2021 |
| W 44/2021 | 0 | 120 | 177 | 11/1/2021 |
| W 45/2021 | 0 | 146 | 31 | 11/8/2021 |
| W 46/2021 | 0 | 112 | -81 | 11/15/2021 |
| W 47/2021 | 0 | 104 | -185 | 11/22/2021 |
| W 48/2021 | 0 | 200 | -385 | 11/29/2021 |
| W 49/2021 | 0 | 200 | -585 | 12/6/2021 |
| W 50/2021 | 0 | 200 | -785 | 12/13/2021 |
| W 51/2021 | 0 | 160 | -945 | 12/20/2021 |
| W 01/2022 | 0 | 200 | -1145 | 1/3/2022 |
| W 02/2022 | 0 | 200 | -1345 | 1/10/2022 |
| W 03/2022 | 0 | 200 | -1545 | 1/17/2022 |
| W 04/2022 | 0 | 200 | -1745 | 1/24/2022 |
| W 05/2022 | 0 | 200 | -1945 | 1/31/2022 |
| W 06/2022 | 0 | 200 | -2145 | 2/7/2022 |
| W 07/2022 | 0 | 200 | -2345 | 2/14/2022 |
| W 08/2022 | 0 | 80 | -2425 | 2/21/2022 |
| W 09/2022 | 0 | 200 | -2625 | 2/28/2022 |

41240553.1

# EXHIBIT A

## 8975456510 — 354 — inbound — Charlotte Stock — 354

### RETAINER; MUD COVER - L

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| W 40/2021 | 0 | 1 | 353 | 10/4/2021 |
| W 41/2021 | 0 | 6 | 347 | 10/11/2021 |
| W 42/2021 | 0 | 33 | 314 | 10/18/2021 |
| W 43/2021 | 0 | 44 | 270 | 10/25/2021 |
| W 44/2021 | 0 | 60 | 210 | 11/1/2021 |
| W 45/2021 | 0 | 73 | 137 | 11/8/2021 |
| W 46/2021 | 0 | 56 | 81 | 11/15/2021 |
| W 47/2021 | 0 | 52 | 29 | 11/22/2021 |
| W 48/2021 | 0 | 100 | -71 | 11/29/2021 |
| W 49/2021 | 0 | 100 | -171 | 12/6/2021 |
| W 50/2021 | 0 | 100 | -271 | 12/13/2021 |
| W 51/2021 | 0 | 80 | -351 | 12/20/2021 |
| W 01/2022 | 0 | 100 | -451 | 1/3/2022 |
| W 02/2022 | 0 | 100 | -551 | 1/10/2022 |
| W 03/2022 | 0 | 100 | -651 | 1/17/2022 |
| W 04/2022 | 0 | 100 | -751 | 1/24/2022 |
| W 05/2022 | 0 | 100 | -851 | 1/31/2022 |
| W 06/2022 | 0 | 100 | -951 | 2/7/2022 |
| W 07/2022 | 0 | 100 | -1051 | 2/14/2022 |
| W 08/2022 | 0 | 40 | -1091 | 2/21/2022 |
| W 09/2022 | 0 | 100 | -1191 | 2/28/2022 |
| | | | -1191 | #N/A |
| | | | -1191 | #N/A |

## 8975456520 — 241 — inbound — Charlotte Stock — 241

### RETAINER; MUD COVER-R

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| W 39/2021 | 0 | 0 | 241 | 9/27/2021 |
| W 40/2021 | 0 | 1 | 240 | 10/4/2021 |
| W 41/2021 | 0 | 6 | 234 | 10/11/2021 |
| W 42/2021 | 0 | 33 | 201 | 10/18/2021 |
| W 43/2021 | 0 | 44 | 157 | 10/25/2021 |
| W 44/2021 | 0 | 60 | 97 | 11/1/2021 |
| W 45/2021 | 0 | 73 | 24 | 11/8/2021 |
| W 46/2021 | 0 | 56 | -32 | 11/15/2021 |
| W 47/2021 | 0 | 52 | -84 | 11/22/2021 |
| W 48/2021 | 0 | 100 | -184 | 11/29/2021 |
| W 49/2021 | 0 | 100 | -284 | 12/6/2021 |
| W 50/2021 | 0 | 100 | -384 | 12/13/2021 |
| W 51/2021 | 0 | 80 | -464 | 12/20/2021 |
| W 01/2022 | 0 | 100 | -564 | 1/3/2022 |
| W 02/2022 | 0 | 100 | -664 | 1/10/2022 |
| W 03/2022 | 0 | 100 | -764 | 1/17/2022 |
| W 04/2022 | 0 | 100 | -864 | 1/24/2022 |
| W 05/2022 | 0 | 100 | -964 | 1/31/2022 |
| W 06/2022 | 0 | 100 | -1064 | 2/7/2022 |
| W 07/2022 | 0 | 100 | -1164 | 2/14/2022 |
| W 08/2022 | 0 | 40 | -1204 | 2/21/2022 |
| W 09/2022 | 0 | 100 | -1304 | 2/28/2022 |
| | | | -1304 | #N/A |

11

41240553.1

# EXHIBIT A

## 8975133080 — 280 — GUSSET; RR SUSP,UPR — Charlotte Stock 280

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| W 43/2021 | 0 | 16 | 264 | 10/25/2021 |
| W 44/2021 | 0 | 94 | 170 | 11/1/2021 |
| W 45/2021 | 0 | 66 | 104 | 11/8/2021 |
| W 46/2021 | 0 | 16 | 88 | 11/15/2021 |
| W 47/2021 | 0 | 22 | 66 | 11/22/2021 |
| W 48/2021 | 0 | 46 | 20 | 11/29/2021 |
| W 49/2021 | 0 | 170 | -150 | 12/6/2021 |
| W 50/2021 | 0 | 62 | -212 | 12/13/2021 |
| W 51/2021 | 0 | 18 | -230 | 12/20/2021 |
| W 01/2022 | 0 | 24 | -254 | 1/3/2022 |
| W 02/2022 | 0 | 150 | -404 | 1/10/2022 |
| W 03/2022 | 0 | 70 | -474 | 1/17/2022 |
| W 04/2022 | 0 | 46 | -520 | 1/24/2022 |
|  |  |  | -520 | #N/A |
|  |  |  | -520 | #N/A |
|  |  |  | -520 | #N/A |
|  |  |  | -520 | #N/A |
|  |  |  | -520 | #N/A |
|  |  |  | -520 | #N/A |
|  |  |  | -520 | #N/A |
|  |  |  | -520 | #N/A |
|  |  |  | -520 | #N/A |

## 8975194170 — 151 — BRACKET; LEVELING VLV — Charlotte Stock 151

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| W 43/2021 | 0 | 8 | 143 | 10/25/2021 |
| W 44/2021 | 0 | 47 | 96 | 11/1/2021 |
| W 45/2021 | 0 | 33 | 63 | 11/8/2021 |
| W 46/2021 | 0 | 8 | 55 | 11/15/2021 |
| W 47/2021 | 0 | 11 | 44 | 11/22/2021 |
| W 48/2021 | 0 | 23 | 21 | 11/29/2021 |
| W 49/2021 | 0 | 85 | -64 | 12/6/2021 |
| W 50/2021 | 0 | 31 | -95 | 12/13/2021 |
| W 51/2021 | 0 | 9 | -104 | 12/20/2021 |
| W 01/2022 | 0 | 12 | -116 | 1/3/2022 |
| W 02/2022 | 0 | 75 | -191 | 1/10/2022 |
| W 03/2022 | 0 | 35 | -226 | 1/17/2022 |
| W 04/2022 | 0 | 23 | -249 | 1/24/2022 |
|  |  |  | -249 | #N/A |
|  |  |  | -249 | #N/A |
|  |  |  | -249 | #N/A |
|  |  |  | -249 | #N/A |
|  |  |  | -249 | #N/A |
|  |  |  | -249 | #N/A |
|  |  |  | -249 | #N/A |
|  |  |  | -249 | #N/A |
|  |  |  | -249 | #N/A |

41240553.1

# EXHIBIT A

BRACKET; LEVELING VLV

**MEMBER; CROSS,1ST**
No stock=No build

### 8975194180 — inbound 150 — Charlotte Stock 150

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| W 43/2021 | 0 | 8 | 142 | 10/25/2021 |
| W 44/2021 | 0 | 47 | 95 | 11/1/2021 |
| W 45/2021 | 0 | 33 | 62 | 11/8/2021 |
| W 46/2021 | 0 | 8 | 54 | 11/15/2021 |
| W 47/2021 | 0 | 11 | 43 | 11/22/2021 |
| W 48/2021 | 0 | 23 | 20 | 11/29/2021 |
| W 49/2021 | 0 | 85 | -65 | 12/6/2021 |
| W 50/2021 | 0 | 31 | -96 | 12/13/2021 |
| W 51/2021 | 0 | 9 | -105 | 12/20/2021 |
| W 01/2022 | 0 | 12 | -117 | 1/3/2022 |
| W 02/2022 | 0 | 75 | -192 | 1/10/2022 |
| W 03/2022 | 0 | 35 | -227 | 1/17/2022 |
| W 04/2022 | 0 | 23 | -250 | 1/24/2022 |
| | | | -250 | #N/A |
| | | | -250 | #N/A |
| | | | -250 | #N/A |
| | | | -250 | #N/A |
| | | | -250 | #N/A |
| | | | -250 | #N/A |
| | | | -250 | #N/A |
| | | | -250 | #N/A |
| | | | -250 | #N/A |
| | | | -250 | #N/A |

### 8975424220 — inbound 195 — Charlotte Stock 195

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| W 38/2021 | 0 | 0 | 195 | 9/20/2021 |
| W 39/2021 | 0 | 0 | 195 | 9/27/2021 |
| W 40/2021 | 0 | 0 | 195 | 10/4/2021 |
| W 41/2021 | 0 | 0 | 195 | 10/11/2021 |
| W 42/2021 | 0 | 21 | 174 | 10/18/2021 |
| W 43/2021 | 0 | 44 | 130 | 10/25/2021 |
| W 44/2021 | 0 | 60 | 70 | 11/1/2021 |
| W 45/2021 | 0 | 73 | -3 | 11/8/2021 |
| W 46/2021 | 0 | 56 | -59 | 11/15/2021 |
| W 47/2021 | 0 | 52 | -111 | 11/22/2021 |
| W 48/2021 | 0 | 100 | -211 | 11/29/2021 |
| W 49/2021 | 0 | 100 | -311 | 12/6/2021 |
| W 50/2021 | 0 | 100 | -411 | 12/13/2021 |
| W 51/2021 | 0 | 80 | -491 | 12/20/2021 |
| W 01/2022 | 0 | 100 | -591 | 1/3/2022 |
| W 02/2022 | 0 | 100 | -691 | 1/10/2022 |
| W 03/2022 | 0 | 100 | -791 | 1/17/2022 |
| W 04/2022 | 0 | 100 | -891 | 1/24/2022 |
| W 05/2022 | 0 | 172 | -1063 | 1/31/2022 |
| W 06/2022 | 0 | 116 | -1179 | 2/7/2022 |
| W 07/2022 | 0 | 100 | -1279 | 2/14/2022 |
| W 08/2022 | 0 | 40 | -1319 | 2/21/2022 |
| W 09/2022 | 0 | 100 | -1419 | 2/28/2022 |

13

4124053.1

# EXHIBIT A

**8975194190** — **260**
inbound
**Charlotte Stock** — **260**

BRACKET; RELAY VLV

| Week | | | Date | Running balance |
|---|---|---|---|---|
| W 39/2021 | 0 | 0 | 9/27/2021 | 260 |
| W 40/2021 | 0 | 1 | 10/4/2021 | 259 |
| W 41/2021 | 0 | 6 | 10/11/2021 | 253 |
| W 42/2021 | 0 | 33 | 10/18/2021 | 220 |
| W 43/2021 | 0 | 44 | 10/25/2021 | 176 |
| W 44/2021 | 0 | 60 | 11/1/2021 | 116 |
| W 45/2021 | 0 | 73 | 11/8/2021 | 43 |
| W 46/2021 | 0 | 56 | 11/15/2021 | -13 |
| W 47/2021 | 0 | 52 | 11/22/2021 | -65 |
| W 48/2021 | 0 | 100 | 11/29/2021 | -165 |
| W 49/2021 | 0 | 100 | 12/6/2021 | -265 |
| W 50/2021 | 0 | 100 | 12/13/2021 | -365 |
| W 51/2021 | 0 | 80 | 12/20/2021 | -445 |
| W 01/2022 | 0 | 100 | 1/3/2022 | -545 |
| W 02/2022 | 0 | 100 | 1/10/2022 | -645 |
| W 03/2022 | 0 | 100 | 1/17/2022 | -745 |
| W 04/2022 | 0 | 100 | 1/24/2022 | -845 |
| W 05/2022 | 0 | 100 | 1/31/2022 | -945 |
| W 06/2022 | 0 | 100 | 2/7/2022 | -1045 |
| W 07/2022 | 0 | 100 | 2/14/2022 | -1145 |
| W 08/2022 | 0 | 40 | 2/21/2022 | -1185 |
| W 09/2022 | 0 | 100 | 2/28/2022 | -1285 |
| | | | #N/A | -1285 |

**8983219160** — **462**
inbound
**Charlotte Stock** — **462**

BAR; STAB, FRT SUSP

| Week | | | Date | Running balance |
|---|---|---|---|---|
| W 40/2021 | 0 | 1 | 10/4/2021 | 461 |
| W 41/2021 | 0 | 6 | 10/11/2021 | 455 |
| W 42/2021 | 0 | 33 | 10/18/2021 | 422 |
| W 43/2021 | 0 | 44 | 10/25/2021 | 378 |
| W 44/2021 | 0 | 60 | 11/1/2021 | 318 |
| W 45/2021 | 0 | 73 | 11/8/2021 | 245 |
| W 46/2021 | 0 | 56 | 11/15/2021 | 189 |
| W 47/2021 | 0 | 52 | 11/22/2021 | 137 |
| W 48/2021 | 0 | 100 | 11/29/2021 | 37 |
| W 49/2021 | 0 | 100 | 12/6/2021 | -63 |
| W 50/2021 | 0 | 100 | 12/13/2021 | -163 |
| W 51/2021 | 0 | 80 | 12/20/2021 | -243 |
| W 01/2022 | 0 | 100 | 1/3/2022 | -343 |
| W 02/2022 | 0 | 100 | 1/10/2022 | -443 |
| W 03/2022 | 0 | 100 | 1/17/2022 | -543 |
| W 04/2022 | 0 | 100 | 1/24/2022 | -643 |
| W 05/2022 | 0 | 100 | 1/31/2022 | -743 |
| W 06/2022 | 0 | 100 | 2/7/2022 | -843 |
| W 07/2022 | 0 | 100 | 2/14/2022 | -943 |
| W 08/2022 | 0 | 40 | 2/21/2022 | -983 |
| | | | #N/A | -983 |
| | | | #N/A | -983 |

41240553.1

# EXHIBIT A

## 8150873760 — 466 — inbound — Charlotte Stock 466 — BRACKET; HARNESS

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| W 38/2021 | 0 | 0 | 466 | 9/20/2021 |
| W 39/2021 | 0 | 0 | 466 | 9/27/2021 |
| W 40/2021 | 0 | 2 | 464 | 10/4/2021 |
| W 41/2021 | 0 | 12 | 452 | 10/11/2021 |
| W 42/2021 | 0 | 66 | 386 | 10/18/2021 |
| W 43/2021 | 0 | 88 | 298 | 10/25/2021 |
| W 44/2021 | 0 | 120 | 178 | 11/1/2021 |
| W 45/2021 | 0 | 146 | 32 | 11/8/2021 |
| W 46/2021 | 0 | 112 | -80 | 11/15/2021 |
| W 47/2021 | 0 | 104 | -184 | 11/22/2021 |
| W 48/2021 | 0 | 200 | -384 | 11/29/2021 |
| W 49/2021 | 0 | 200 | -584 | 12/6/2021 |
| W 50/2021 | 0 | 200 | -784 | 12/13/2021 |
| W 51/2021 | 0 | 160 | -944 | 12/20/2021 |
| W 01/2022 | 0 | 200 | -1144 | 1/3/2022 |
| W 02/2022 | 0 | 200 | -1344 | 1/10/2022 |
| W 03/2022 | 0 | 200 | -1544 | 1/17/2022 |
| W 04/2022 | 0 | 200 | -1744 | 1/24/2022 |
| W 05/2022 | 0 | 200 | -1944 | 1/31/2022 |
| W 06/2022 | 0 | 200 | -2144 | 2/7/2022 |
| | | | -2144 | #N/A |
| | | | -2144 | #N/A |
| | | | -2144 | #N/A |

## 8975456530 — 815 — inbound — Charlotte Stock 815 — RETAINER; MUD COVER

| Week | inbound | | Running balance | Date |
|---|---|---|---|---|
| W 40/2021 | 0 | 2 | 813 | 10/4/2021 |
| W 41/2021 | 0 | 12 | 801 | 10/11/2021 |
| W 42/2021 | 0 | 66 | 735 | 10/18/2021 |
| W 43/2021 | 0 | 88 | 647 | 10/25/2021 |
| W 44/2021 | 0 | 120 | 527 | 11/1/2021 |
| W 45/2021 | 0 | 146 | 381 | 11/8/2021 |
| W 46/2021 | 0 | 112 | 269 | 11/15/2021 |
| W 47/2021 | 0 | 104 | 165 | 11/22/2021 |
| W 48/2021 | 0 | 200 | -35 | 11/29/2021 |
| W 49/2021 | 0 | 200 | -235 | 12/6/2021 |
| W 50/2021 | 0 | 200 | -435 | 12/13/2021 |
| W 51/2021 | 0 | 160 | -595 | 12/20/2021 |
| W 01/2022 | 0 | 200 | -795 | 1/3/2022 |
| W 02/2022 | 0 | 200 | -995 | 1/10/2022 |
| W 03/2022 | 0 | 200 | -1195 | 1/17/2022 |
| W 04/2022 | 0 | 200 | -1395 | 1/24/2022 |
| W 05/2022 | 0 | 200 | -1595 | 1/31/2022 |
| W 06/2022 | 0 | 200 | -1795 | 2/7/2022 |
| W 07/2022 | 0 | 200 | -1995 | 2/14/2022 |
| | | | -1995 | #N/A |
| | | | -1995 | #N/A |
| | | | -1995 | #N/A |
| | | | -1995 | #N/A |

15

41240553.1